**McGuireWoods**

McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Tel 412.667.6000
Fax 412.667.6050
www.mcguirewoods.com

Blaec C. Croft
Direct: 412.667.6057
bcroft@mcguirewoods.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2024

**MEMO ENDORSED**

January 19, 2024

<u>Via ECF</u>
Hon. Valerie Caproni (U.S.D.J.)
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:    **Edward Reznik v. Coinbase Inc.**
           **Case No. 1:23-cv-10248(VEC)**
           *Letter Requesting Adjournment of Initial Pre-Trial Conference*

Dear Judge Caproni:

This firm represents Defendant Coinbase Inc. ("Coinbase") and write jointly with counsel for Plaintiff Edward Reznik ("Plaintiff") to request a 30-day adjournment of the initial pre-trial conference scheduled on Friday, January 26, 2024.

Coinbase, whose response is due February 9, 2024, will move to compel arbitration of Plaintiff's Complaint pursuant to the terms of a User Agreement applicable to Plaintiff's account. The requested adjournment will allow Coinbase's Motion to Compel Arbitration and any opposition by Plaintiff (Plaintiff did not consent to arbitrate) to be filed, allowing the parties to assess the relative strengths and weaknesses of Coinbase's request to arbitrate the dispute ahead of the initial conference. The requested adjournment also may allow the Court to conserve its judicial resources if the parties are able to discuss consent to arbitration again after the initial briefing. No other dates or deadlines are affected by this request. Plaintiff's counsel consents to this request.

Accordingly, the parties respectfully request that the initial pre-trial conference be adjourned for a period of 30-days until Friday, March 1, 2024.

The parties continue to expressly reserve all defenses as to all claims that have been or might later be asserted in this action.

Respectfully submitted,

*/s Blaec C. Croft*

Blaec C. Croft

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.

January 19, 2024
Page 2

cc:   All Counsel of Record (via ECF)

---

Application GRANTED.  The Initial Pretrial Conference scheduled for **January 26, 2024** at **10:00 A.M.** is ADJOURNED to **March 1, 2024** at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint letter must be filed no later than **February 22, 2024**.  For the contents of the joint submission, the parties are directed to Dkt. 3.

1/19/2024

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE